Date signed August 29, 2006



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JOHN C. COLEMAN | : | Case No. 06-12055PM |
| | : | Chapter 13 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM OF DECISION

Before the court is the Trustee's Limited Objection to the allowance of $4,000.00 in attorney's fees to Anthony Aquia. Under Debtor's confirmed Chapter 13 Plan, Mr. Aquia is to receive $4,000.00 of the $19,785.00 paid into the Plan. The Disclosure of Compensation filed by Mr. Aquia is somewhat ambiguous in respect to the extent of representation of the Debtor following confirmation. Assuming the undertaking of counsel that the fee charged will cover all contested matters during the pendency of this case, the court will approve the compensation sought, provided that the $3,275.00 to be paid out under the Plan is disbursed to counsel at the rate of $125.00 a month. Upon receiving counsel's acknowledgment of these conditions, the court will enter an Order overruling the Trustee's objection.

cc:
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
Antonio Aquia, Esq., 220 North Liberty Street, Baltimore, MD 21201
John C. Coleman, 12812 McKay Avenue, Cumberland, MD 21502
United States Trustee, 6305 Ivy Lane, #600, Greenbelt MD 20770

**End of Memorandum**